No. 11–8066.  GIBSON v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI, *ante*, p. 908;

No. 11–8068.  WATKINS v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI, *ante*, p. 908;

No. 11–8481.  GOLDBLATT v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI, *ante*, p. 908;

No. 11–8580.  ADAMS v. MCQUIGGIN, WARDEN, *ante*, p. 912;

No. 11–8596.  ECTOR v. HOWERTON, WARDEN, *ante*, p. 925;

No. 11–8612.  SHABAZZ v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, ET AL., *ante*, p. 925;

No. 11–8662.  BACCHUS v. SOUTHEASTERN MECHANICAL SERVICES, INC., *ante*, p. 941;

No. 11–8719.  HOWARD v. UNC HEALTHCARE SYSTEM ET AL., 565 U. S. 1271;

No. 11–8869.  MONIZ v. MCKEE, WARDEN, *ante*, p. 913;

No. 11–8943.  KEMPPAINEN v. TEXAS, *ante*, p. 965; and

No. 11–9093.  WRIGHT v. BONDI, ATTORNEY GENERAL OF FLORIDA, ET AL., *ante*, p. 949.  Petitions for rehearing denied.

No. 11–8830.  DIAZ-GUTIERREZ v. UNITED STATES, 565 U. S. 1276; and

No. 11–9086.  STONE v. UNITED STATES, *ante*, p. 930.  Petitions for rehearing denied.  JUSTICE KAGAN took no part in the consideration or decision of these petitions.

No. 09–7736.  BANKES v. PERRY COUNTY CHILDREN AND YOUTH SERVICES, 559 U. S. 910;

No. 09–8723.  DRIESSEN v. FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES ET AL., 559 U. S. 1039; and

No. 10–612.  ANDERSON ET AL. v. OBAMA, PRESIDENT OF THE UNITED STATES, 562 U. S. 1139.  Motions for leave to file petitions for rehearing denied.